# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Altonaga, Cecilia M. | U.S. District Court, So. FL | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Wilkie D. Ferguson
Jr. U.S. Courthouse
400 North Miami Avenue, Room 12-2
Miami, FL 33128-1810

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Miami-Dade County, Deferred Compensation Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Holland & Knight, LLP-Partner/Employee |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Altonaga, Cecilia M.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | MiamiDade County Deferred Comp., Nationwide Fixed | A | Dividend | K | T | | | | | |
| 2. | MiamiDade County Deferred Comp., *AmFds AMCAP R6 | B | Dividend | M | T | | | | | |
| 3. | | D | Distribution | | | | | | | |
| 4. | Citifunds Checking | A | Interest | N | T | | | | | |
| 5. | Alliance Bernstein Relative Value Fund Class A | C | Dividend | M | T | Sold (part) | 12/23/19 | J | | |
| 6. | | D | Distribution | | | | | | | |
| 7. | Holland & Knight Profit Sharing Plan, Vang TOT BD Mkt Inst | A | Dividend | O | T | | | | | |
| 8. | Holland & Knight Profit Sharing Plan, Pgim Total RTN BD R6 | A | Dividend | O | T | Buy | 01/01/19 | N | | |
| 9. | Holland & Knight Profit Sharing Plan, FID Freedom 2010 K | C | Dividend | P1 | T | | | | | |
| 10. | Holland & Knight Profit Sharing Plan, AF Balanced R6 | A | Dividend | O | T | | | | | |
| 11. | (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | B | Dividend | K | T | | | | | |
| 12. | (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | B | Dividend | K | T | | | | | |
| 13. | (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | B | Dividend | K | T | | | | | |
| 14. | (NH) UNIQUE College Investing Plan, NH College Port.(Fidelity Funds | B | Dividend | K | T | | | | | |
| 15. | Holland & Knight Equity Partner Fund | E | Interest | N | T | | | | | |
| 16. | Holland & Knight Equity Partner Fund | | None | N | T | | | | | |
| 17. | Bank of America Checking | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citigold Savings | B | Interest | P1 | T | | | | | |
| 19. Florida Prepaid 4-Year University | | None | | | Closed | 01/01/19 | J | | |
| 20. Bank of America Checking | A | Interest | J | T | | | | | |
| 21. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 22. Citigroup Inc New | A | Dividend | K | T | | | | | |
| 23. General Electric Company | A | Dividend | K | T | | | | | |
| 24. WABTEC | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 25. | | | | | Sold (part) | 03/05/19 | J | A | |
| 26. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 27. Blackrock Strategic Income Opptys Instl CL | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 28. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 29. | | | | | Buy (add'l) | 02/13/19 | J | | |
| 30. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 31. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 32. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 33. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 34. | | | | | Buy (add'l) | 06/03/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 36. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 37. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 38. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 39. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 40. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 41. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 42. Multi Manager Value Strategies CL Z | A | Dividend | K | T | Buy (add'l) | 02/13/19 | J | | |
| 43. | A | Distribution | | | Buy (add'l) | 03/19/19 | J | | |
| 44. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 45. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 46. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 47. Multi Manager Total Return Bond Strategies CL Z | B | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 48. | A | Distribution | | | Buy (add'l) | 02/01/19 | J | | |
| 49. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 50. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 51. | | | | | Buy (add'l) | 05/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 53. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 54. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 55. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 56. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 57. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 58. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 59. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 60. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 61. Multi Manager Small Cap Equity Strategies CL Z | A | Dividend | K | T | Buy (add'l) | 05/15/19 | J | | |
| 62. | B | Distribution | | | Buy (add'l) | 12/11/19 | J | | |
| 63. | | | | | Sold (part) | 02/13/19 | J | A | |
| 64. iShares Core S&P Mid Cap ETF | A | Dividend | K | T | Buy (add'l) | 05/15/19 | J | | |
| 65. iShares MSCI EAFE Value ETF | A | Dividend | K | T | Buy (add'l) | 02/13/19 | J | | |
| 66. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 67. Goldman Sachs GQG Partners Intl Opptys Investor CL | A | Dividend | K | T | Buy | 02/13/19 | K | | |
| 68. | | | | | Buy (add'l) | 12/19/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/15/19 | J | A | |
| 70. JP Morgan Tax Aware Equity CL I | A | Dividend | K | T | Buy (add'l) | 03/28/19 | J | | |
| 71. | B | Distribution | | | Buy (add'l) | 06/27/19 | J | | |
| 72. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 73. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 74. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 75. | | | | | Sold (part) | 02/13/19 | J | A | |
| 76. | | | | | Sold (part) | 02/14/19 | J | A | |
| 77. JP Morgan Large Cap Growth CL I | A | Dividend | K | T | Buy (add'l) | 12/13/19 | J | | |
| 78. | C | Distribution | | | Buy (add'l) | 12/20/19 | J | | |
| 79. | | | | | Sold (part) | 02/13/19 | J | A | |
| 80. | | | | | Sold (part) | 05/15/19 | J | A | |
| 81. Western Asset Intermediate Term Municipal CL I | B | Dividend | L | T | Buy (add'l) | 01/02/19 | J | | |
| 82. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 83. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 84. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 85. | | | | | Buy (add'l) | 05/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 87. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 88. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 89. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 90. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 91. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 92. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 93. Loomis Sayles Growth CL Y | A | Dividend | K | T | Buy (add'l) | 12/23/19 | J | | |
| 94. | A | Distribution | | | Sold (part) | 02/13/19 | J | A | |
| 95. | | | | | Sold (part) | 05/15/19 | J | A | |
| 96. MFS Intl Intrinsic Value CL I | A | Dividend | K | T | Buy (add'l) | 12/13/19 | J | | |
| 97. | A | Distribution | | | Sold (part) | 02/13/19 | J | A | |
| 98. | | | | | Sold (part) | 05/15/19 | J | A | |
| 99. MFS Value CL I | A | Dividend | K | T | Buy (add'l) | 02/13/19 | J | | |
| 100. | A | Distribution | | | Buy (add'l) | 03/28/19 | J | | |
| 101. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 102. | | | | | Buy (add'l) | 09/27/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 104. | | | | | Sold<br>(part) | 05/15/19 | J | | |
| 105.   MFS Municipal High Income CL I | A | Dividend | K | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 106. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |
| 107. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 109. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 110. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 111. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 113. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 114. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 117. | | | | | Sold<br>(part) | 05/15/19 | J | A | |
| 118.   Nuveen Interm Duration Mun Bond Cl I | B | Dividend | L | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 121. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 122. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 123. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 124. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 125. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 126. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 127. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 128. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 129. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 130. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 131. | | | | | Sold (part) | 02/13/19 | J | A | |
| 132. Oppenheimer Intl Growth CL Y | A | Dividend | | | Sold | 02/13/19 | K | A | |
| 133. Wells Fargo Emerging Markets Equity Instl CL | A | Dividend | K | T | Buy (add'l) | 12/24/19 | J | | |
| 134. | | | | | Sold (part) | 02/13/19 | J | A | |
| 135. Wells Fargo Short Term Mun Bond Instl CL | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 136. | | | | | Buy (add'l) | 02/01/19 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 138. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 139. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 140. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 141. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 142. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 143. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 144. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 145. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 146. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 147. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 148. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 149. | | | | | Sold<br>(part) | 05/15/19 | J | A | |
| 150. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 151. Blackrock Strategic Income Opptys Instl CL | A | Dividend | J | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 152. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |
| 153. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 155. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 156. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 157. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 158. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 159. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 160. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 161. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 162. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 163. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 164. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 165. Multi Manager Value Strategies CL Z | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 166. | A | Distribution | | | Buy (add'l) | 06/14/19 | J | | |
| 167. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 168. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 169. Multi Manager Total Return Bond Strategies CL Z | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 170. | | | | | Buy (add'l) | 02/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 172. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 173. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 174. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 175. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 176. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 177. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 178. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 179. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 180. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 181. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 182. | | | | | Sold (part) | 02/19/19 | J | A | |
| 183. Multi Manager Small Cap Equity Strategies CL Z | A | Dividend | J | T | Buy (add'l) | 05/17/19 | J | | |
| 184. | A | Distribution | | | Buy (add'l) | 12/11/19 | J | | |
| 185. | | | | | Sold (part) | 02/19/19 | J | A | |
| 186. Goldman Sachs GQG Partners Intl Opptys Investor CL | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 187. | | | | | Buy (add'l) | 12/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 05/17/19 | J | A | |
| 189.  iShares Core S&P Mid Cap ETF | A | Dividend | J | T | Buy (add'l) | 05/17/19 | J | | |
| 190.  JP Morgan Tax Aware Equity CL I | A | Dividend | J | T | Buy (add'l) | 03/28/19 | J | | |
| 191. | A | Distribution | | | Buy (add'l) | 06/27/19 | J | | |
| 192. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 193. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 194. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 195. | | | | | Sold (part) | 05/17/19 | J | A | |
| 196.  JP Morgan Large Cap Growth CL I | A | Dividend | J | T | Buy (add'l) | 12/13/19 | J | | |
| 197. | A | Distribution | | | Buy (add'l) | 12/20/19 | J | | |
| 198. | | | | | Sold (part) | 02/19/19 | J | A | |
| 199. | | | | | Sold (part) | 05/17/19 | J | A | |
| 200.  Western Asset Intermediate Term Mun CL I | B | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 201. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 202. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 203. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 204. | | | | | Buy (add'l) | 04/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 206. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 207. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 208. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 209. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 210. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 211. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 212. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 213. Loomis Sayles Growth CL Y | A | Dividend | J | T | Buy (add'l) | 12/23/19 | J | | |
| 214. | A | Distribution | | | Sold (part) | 02/19/19 | J | A | |
| 215. | | | | | Sold (part) | 05/17/19 | J | A | |
| 216. MFS Intl Intrinsic Value CL I | A | Dividend | J | T | Buy (add'l) | 12/13/19 | J | | |
| 217. | A | Distribution | | | Sold (part) | 02/19/19 | J | A | |
| 218. | | | | | Sold (part) | 05/17/19 | J | A | |
| 219. MFS Value CL I | A | Dividend | J | T | Buy (add'l) | 03/28/19 | J | | |
| 220. | A | Distribution | | | Buy (add'l) | 06/27/19 | J | | |
| 221. | | | | | Buy (add'l) | 09/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 223. | | | | | Sold<br>(part) | 05/17/19 | J | A | |
| 224. MFS Municipal High Income CL I | A | Dividend | J | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 225. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |
| 226. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 227. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 228. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 229. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 230. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 231. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 232. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 233. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 234. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 235. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 236. | | | | | Sold<br>(part) | 05/17/19 | J | A | |
| 237. Nuveen Interm Duration Mun Bond CL I | A | Dividend | K | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 238. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 240. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 241. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 242. | | | | | Buy<br>(add'l) | 05/17/19 | J | | |
| 243. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 244. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 245. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 246. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 247. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 248. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 249. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 250. Oppenheimer Intl Growth CL Y | A | Dividend | | | Sold | 02/19/19 | J | A | |
| 251. Wells Fargo Emerging Markets Equity Instl CL | A | Dividend | J | T | Buy<br>(add'l) | 05/17/19 | J | | |
| 252. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 253. | | | | | Sold<br>(part) | 12/19/19 | J | | |
| 254. Wells Fargo Short Term Mun Bond Instl CL | A | Dividend | K | T | Buy | 01/01/19 | K | | |
| 255. | | | | | Buy<br>(add'l) | 01/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 257. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 258. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 259. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 260. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 261. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 262. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 263. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 264. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 265. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 266. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 267. | | | | | Sold (part) | 05/17/19 | J | A | |
| 268. Ameriprise Insured Money Markey | A | Interest | J | T | | | | | |
| 269. Blackrock Strategic Income Opptys Intl CL | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 270. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 271. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 272. | | | | | Buy (add'l) | 03/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 274. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 275. | | | | | Buy<br>(add'l) | 05/17/19 | J | | |
| 276. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 277. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 278. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 279. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 280. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 281. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 282. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 283. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 284.   Multi Manager Value Strategies CL Z | A | Dividend | K | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 285. | A | Distribution | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 286. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 287. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 288. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 289. | | | | | Sold<br>(part) | 05/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.   Multi Manager Total Return Bond Strategies CL Z | C | Dividend | M | T | Buy (add'l) | 01/02/19 | J | | |
| 291. | A | Distribution | | | Buy (add'l) | 02/01/19 | J | | |
| 292. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 293. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 294. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 295. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 296. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 297. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 298. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 299. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 300. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 301. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 302. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 303. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 304.   Multi Manager Small Cap Equity Strategies CL Z | A | Dividend | K | T | Buy (add'l) | 05/17/19 | J | | |
| 305. | B | Distribution | | | Buy (add'l) | 12/11/19 | J | | |
| 306. | | | | | Sold (part) | 02/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  iShares Core S&P Mid Cap ETF | A | Dividend | K | T | Buy (add'l) | 05/17/19 | J | | |
| 308. | | | | | Sold (part) | 02/19/19 | J | A | |
| 309.  Goldman Sachs GQG Partners Intl Opptys Investor CL | A | Dividend | K | T | Buy | 02/19/19 | K | | |
| 310. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 311. | | | | | Sold (part) | 05/17/19 | J | A | |
| 312.  JP Morgan Tax Aware Equity CL I | A | Dividend | K | T | Buy (add'l) | 03/28/19 | J | | |
| 313. | B | Distribution | | | Buy (add'l) | 06/27/19 | J | | |
| 314. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 315. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 316. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 317. | | | | | Sold (part) | 02/19/19 | J | A | |
| 318. | | | | | Sold (part) | 05/17/19 | J | A | |
| 319.  JP Morgan Large Cap Growth CL I | A | Dividend | K | T | Buy (add'l) | 12/13/19 | J | | |
| 320. | C | Distribution | | | Buy (add'l) | 12/20/19 | J | | |
| 321. | | | | | Sold (part) | 02/19/19 | J | A | |
| 322. | | | | | Sold (part) | 05/17/19 | J | A | |
| 323.  Western Asset Intermediate Term Mun CL I | C | Dividend | M | T | Buy (add'l) | 01/02/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 325. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 326. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 327. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 328. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 329. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 330. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 331. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 332. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 333. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 334. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 335. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 336. | | | | | Sold (part) | 05/17/19 | J | A | |
| 337. Loomis Sayles Growth CL Y | A | Dividend | K | T | Buy (add'l) | 12/23/19 | J | | |
| 338. | A | Distribution | | | Sold (part) | 02/19/19 | J | A | |
| 339. | | | | | Sold (part) | 05/17/19 | J | A | |
| 340. MFS Intl Intrinsic Value CL I | A | Dividend | K | T | Buy (add'l) | 12/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | B | Distribution | | | Sold (part) | 02/19/19 | J | A | |
| 342. | | | | | Sold (part) | 05/17/19 | J | A | |
| 343.   MFS Value CL I | A | Dividend | L | T | Buy (add'l) | 02/19/19 | J | | |
| 344. | A | Distribution | | | Buy (add'l) | 03/28/19 | J | | |
| 345. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 346. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 347. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 348. | | | | | Sold (part) | 05/17/19 | J | A | |
| 349.   MFS Municipal High Income CL I | B | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 350. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 351. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 352. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 353. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 354. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 355. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 356. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 357. | | | | | Buy (add'l) | 09/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 359. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 360. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 361. | | | | | Sold (part) | 05/17/19 | J | A | |
| 362.   Nuveen Interim Duration Mun Bond CL I | C | Dividend | M | T | Buy (add'l) | 01/02/19 | J | | |
| 363. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 364. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 365. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 366. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 367. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 368. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 369. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 370. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 371. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 372. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 373. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 374. | | | | | Buy (add'l) | 12/02/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Sold (part) | 02/19/19 | J | A | |
| 376. Oppenheimer Intl Growth CL Y | A | Dividend | | | Sold | 02/19/19 | K | B | |
| 377. Wells Fargo Emerging Markets Equity Instl CL | A | Dividend | K | T | Buy (add'l) | 05/17/19 | J | | |
| 378. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 379. | | | | | Sold (part) | 02/19/19 | J | A | |
| 380. Wells Fargo Short Term Mun Bond Instl CL | B | Dividend | M | T | Buy (add'l) | 01/02/19 | J | | |
| 381. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 382. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 383. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 384. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 385. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 386. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 387. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 388. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 389. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 390. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 391. | | | | | Buy (add'l) | 11/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Altonaga, Cecilia M.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 393. | | | | | Sold<br>(part) | 05/17/19 | J | A | |
| 394.  Columbia Cap Alloc Moderate Conservative<br>CL A | A | Dividend | K | T | Buy<br>(add'l) | 03/28/19 | J | | |
| 395. | A | Distribution | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 396. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 397. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 398.  UBS Bank USA Dep Account | A | Interest | N | T | | | | | |
| 399.  UBS AG Deposit Account | A | Interest | O | T | Open | 10/30/19 | O | | |
| 400.  US Treasury Bill Matures 03/07/19 | D | Interest | | | Matured | 03/07/19 | O | | |
| 401.  US Treasury Bill Matures 09/12/19 | E | Interest | | | Matured | 09/12/19 | P1 | | |
| 402.  US Treasury Note Matures 03/15/20 | D | Interest | O | T | Buy | 03/11/19 | O | | |
| 403.  US Treasury Bill Matures 10/29/19 | B | Interest | | | Buy | 09/16/19 | P1 | | |
| 404. | | | | | Sold<br>(part) | 10/02/19 | N | A | |
| 405. | | | | | Matured | 10/29/19 | P1 | | |
| 406.  UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 407.  BANK OF AMER CORP NTS | A | Interest | | | Sold | 04/01/19 | K | A | |
| 408.  CITIGROUP INC NTS B/E | B | Interest | | | Sold | 07/29/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.  JP MORGAN CHASE & CO NTS B/E | B | Interest | L | T | | | | | |
| 410.  WELLS FARGO & CO NTS B/E | B | Interest | L | T | | | | | |
| 411.  BK OF MONTREAL | B | Interest | L | T | | | | | |
| 412.  GOLDMAN SACHS GROUP INC | B | Interest | K | T | | | | | |
| 413.  ARLINGTOM TX INDPT SCH | A | Interest | | | Sold | 02/15/19 | K | | |
| 414.  VIRGINIA COMNWLTH TRANS BD RV | A | Interest | | | Sold | 04/01/19 | K | A | |
| 415.  DELAWARE TRANS AU SYS RV | C | Interest | | | Sold | 07/01/19 | L | A | |
| 416.  SULPHUR SPRINGS CAL UNI | A | Interest | | | Sold | 07/01/19 | K | A | |
| 417.  MELBOURNE FLA WTR & SWR | C | Interest | | | Sold | 10/01/19 | L | A | |
| 418.  SAN ANTONIO TX ELEC & GA | B | Interest | L | T | | | | | |
| 419.  BIRDVILLE TX INDPT SCH D | A | Interest | K | T | | | | | |
| 420.  CINCINNATI OH CITY SCH BE/R/ | C | Interest | L | T | | | | | |
| 421.  RIVERISDE CO CAL ASSET | C | Interest | K | T | | | | | |
| 422.  LAKE CO IL CMNTY HSD #12 | C | Interest | K | T | | | | | |
| 423.  COOK CNTY ILL CMNTY CONS | B | Interest | J | T | | | | | |
| 424.  COOK CNTY IL CMNTY CONS ASSUR TAX | A | Interest | K | T | | | | | |
| 425.  BAKERSFIELD CA COP SUB | C | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  NEW YORK NY FISCAL SR I | B | Interest | | | Sold | 04/18/19 | L | A | |
| 427.  GENERAL MOTORS FINL CO | C | Interest | L | T | Buy | 02/20/19 | L | | |
| 428.  GENL ELEC CAP CORP | B | Interest | L | T | Buy | 04/03/19 | L | | |
| 429.  BIRMINGHAM AL WTRWKS BR RV | A | Interest | K | T | Buy | 04/24/19 | K | | |
| 430.  LOUSIANA ST GAS & FUELS SR B | C | Interest | L | T | Buy | 04/24/19 | L | | |
| 431.  CITIGROUP INC NTS B/E | A | Interest | K | T | Buy | 07/05/19 | K | | |
| 432.  CVS HEALTH CORP NTS B/E | A | Interest | K | T | Buy | 07/05/19 | K | | |
| 433.  CIGNA CORP B/E | A | Interest | K | T | Buy | 08/05/19 | K | | |
| 434.  MCKESSON CORP. B/E | A | Interest | K | T | Buy | 08/05/19 | K | | |
| 435.  WASHOUGAL WA WTR & SWR ASSUR RV | A | Interest | K | T | Buy | 10/03/19 | K | | |
| 436.  KANSAS CITY MO WTR SR A RV | A | Interest | K | T | Buy | 10/03/19 | K | | |
| 437.  TECH DATA CORP NTS B/E | A | Interest | K | T | Buy | 10/03/19 | K | | |
| 438.  FRANKLIN CNTY OH HSP SR A RV | B | Interest | L | T | Buy | 10/03/19 | L | | |
| 439.  AT&T IN NTS B/E | A | Interest | L | T | Buy | 10/07/19 | L | | |
| 440.  KANE CO IL S/D | A | Interest | K | T | Buy | 10/07/19 | K | | |
| 441. | | | | | | | | | |
| 442. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

-Lines 7.-10. Holland & Knight Profit Sharing Plan: not self directed, there is no control and only can select level of risk.

-Lines 15.-16. Holland & Knight Equity Partner Fund: [          ] firm requires each equity partner to have an equity reserve in terms of paid in capital for each of its equity partners. These funds may not be accesed until the holder ceases to be an equity member. There is no control.

-Lines 96., 216., and 340. The name of this investment changed from the prior year from MFS Intl Value Class I to MFS Intl Intrinsic Value Class I. The identifier remained the same.

-Line 290. The name of this investment changed from the prior year from Multi Manager Value Strategies CL Z to Multi Manager Total Return Bond Strategies CL Z. This was an error in the prior year report. The identifier remained the same.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cecilia M. Altonaga**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544